# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:09–cv–03758–CDJ

METCALF et al v. MERRILL LYNCH, PIERCE, FENNER &SMITH, INC. et al
Assigned to: HONORABLE C. DARNELL JONES, II
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 08/17/2009
Date Terminated: 01/13/2011
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**LINDA METCALF**     represented by     **MAXWELL S. KENNERLY**
THE BEASLEY FIRM
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215/592–1000
Email: max.kennerly@beasleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHELLE HARTLEY**     represented by     **MAXWELL S. KENNERLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FILMWEST PRODUCTIONS, LLC**     represented by     **MAXWELL S. KENNERLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SUNWEST CAPITAL MANAGEMENT, INC.**
*(D/B/A SPIRIT HALLOWEEN)*
    represented by     **MAXWELL S. KENNERLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DO YOU KNOW WHERE YOUR PARENTS ARE, LLC**     represented by     **MAXWELL S. KENNERLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **MERRILL LYNCH, PIERCE, FENNER &SMITH, INC.** | represented by | **WILLIAM T. MANDIA**<br>STRADLEY, RONON, STEVENS &YOUNG<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103<br>215–564–8083<br>Email: wmandia@stradley.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **LAWRENCE R. BELLMORE, JR.** | represented by | **SCOTT N. PLETCHER**<br>LAW OFFICES OF SCOTT N PLETCHER<br>119 S BURROWES ST STE 101<br>STATE COLLEGE, PA 16801<br>814–272–0303<br>Fax: 814–238–1875<br>Email: PletcherLaw@aol.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SOLAR WIND PRODUCTIONS, LLC** | represented by | **SCOTT N. PLETCHER**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **MICHAEL JACOBS** | represented by | **SCOTT N. PLETCHER**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **RUBY HANDLER–JACOBS** | represented by | **SCOTT N. PLETCHER**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **RIO GRANDE STUDIOS, LLC** | represented by | **SCOTT N. PLETCHER**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

| | | |
|---|---|---|
| **LAWRENCE R. BELLMORE, JR.** | represented by | **SCOTT N. PLETCHER**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **MERRILL LYNCH, PIERCE, FENNER &SMITH, INC.** | represented by | **WILLIAM T. MANDIA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2009 | Ï 1 | COMPLAINT against MERRILL LYNCH, PIERCE, FENNER &SMITH, INC., LAWRENCE R. BELLMORE, JR, SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC ( Filing fee $ 350 receipt number PPE007278.), filed by LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC. (Attachments: # 1 Exh., # 2 Form)(jmv, ) (Entered: 08/18/2009) |
| 08/17/2009 | Ï | Summons Issued as to MERRILL LYNCH, PIERCE, FENNER &SMITH, INC., LAWRENCE R. BELLMORE, JR, SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC. Forwarded To: 6 Origs mailed to counsel on 8/18/09 (jmv, ) (Entered: 08/18/2009) |
| 08/17/2009 | Ï | DEMAND for Trial by Jury by LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC. (jmv, ) (Entered: 08/18/2009) |
| 08/17/2009 | Ï 2 | Disclosure Statement Form pursuant to FRCP 7.1 by FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC.(jmv, ) (Entered: 08/18/2009) |
| 09/03/2009 | Ï 3 | NOTICE of Appearance by WILLIAM T. MANDIA on behalf of MERRILL LYNCH, PIERCE, FENNER &SMITH, INC. with Certificate of Service(MANDIA, WILLIAM) (Entered: 09/03/2009) |
| 09/14/2009 | Ï 4 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC..(MANDIA, WILLIAM) (Entered: 09/14/2009) |
| 09/18/2009 | Ï | ***Update Answer Deadline (ky, ) (Entered: 09/18/2009) |
| 09/18/2009 | Ï 5 | STIPULATION AND ORDER THAT DEFENDANT "MERRILL LYNCH" SHALL HAVE UNTIL 10/16/09 TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT. SIGNED BY HONORABLE THOMAS M. GOLDEN ON 9/17/09. 9/18/09 ENTERED AND COPIES E–MAILED.(ky, ) (lisad, ). (Entered: 09/18/2009) |
| 10/12/2009 | Ï 6 | AFFIDAVIT of Service by Dennis Richman Services re: served Complaint and Summons upon Diana Erb for Merrill Lynch and Michael Jacobs for Solar Wind Productions, LLC, Michael Jacobs, Ruby Handler–Jacobs and Rio Grande Studios, LLC by Certified Mail (Merrill Lynch only) and In Person on 8/26/09 (Merrill Lynch) and 9/21/09 (Solar Wind Productions, LLC, Michael Jacobs, Ruby Handler–Jacobs and Rio Grande Studios, LLC) (Attachments: # 1 Exhibit A – Merrill Lynch Service, # 2 Exhibit B – Solar Wind Productions, LLC Service, # 3 Exhibit C – Michael Jacobs service, # 4 Exhibit D – Ruby Handler–Jacobs Service, # 5 Exhibit E – Rio Grande Studios, LLC Service)(KENNERLY, MAXWELL) (Entered: 10/12/2009) |
| 10/16/2009 | Ï | ***Update Answer Deadline (ky, ) (Entered: 10/16/2009) |
| 10/16/2009 | Ï 7 | STIPULATION AND ORDER THAT DEFENDANT MERRILL LYNCH, PIERCE, FENNER &SMITH INCORPORATED SHALL HAVE AN EXTENSION UNTIL OCTOBER 23, 2009 TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT. SIGNED BY HONORABLE THOMAS M. GOLDEN ON 10/14/09. 10/16/09 ENTERED AND COPIES E–MAILED.(ky, ) (Entered: 10/16/2009) |
| 10/20/2009 | Ï 8 | Request for Default *by Plaintiffs* LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW |

| | | |
|---|---|---|
| | | WHERE YOUR PARENTS ARE, LLC against SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC. (Attachments: # 1 Affidavit of Plaintiffs' Counsel in Support of Request for Entry of Default, # 2 Exhibit A to Affidavit, # 3 Exhibit B, C and D to Affidavit – emails, # 4 certificate of service)(KENNERLY, MAXWELL) (Entered: 10/20/2009) |
| 10/20/2009 | | DEFAULT BY SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (gn, ) (Entered: 10/21/2009) |
| 10/20/2009 | | Default Entered (gn, ) (Entered: 10/21/2009) |
| 10/22/2009 | 9 | STIPULATION AND ORDER BETWEEN PLAINTIFFS AND DEFENDANT "MERRILL LYNCH" THAT MERRILL LYNCH SHALL HAVE AN EXTENSION UNTIL 10/23/09 TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT. SIGNED BY HONORABLE THOMAS M. GOLDEN ON 10/22/09. 10/22/09 ENTERED AND COPIES E–MAILED.(ky, ) (Entered: 10/22/2009) |
| 10/23/2009 | 10 | First MOTION to Dismiss *Complaint* filed by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC..Memorandum, Certficate of Service, Proposed Order, Exhibits. (Attachments: # 1 Memorandum of Law, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2)(MANDIA, WILLIAM) (Entered: 10/23/2009) |
| 11/12/2009 | 11 | RESPONSE to Motion re 10 First MOTION to Dismiss *Complaint Pursuant to Rule 12(b)(6)* filed by LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(KENNERLY, MAXWELL) (Entered: 11/12/2009) |
| 11/19/2009 | 12 | MOTION for Leave to File *Reply Brief in Support of Motion to Dismiss* filed by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC..Motion, Memorandum, Certificate of Service, Proposed Order, Exhibits.(MANDIA, WILLIAM) (Entered: 11/19/2009) |
| 11/23/2009 | 13 | ORDER THAT THE MOTION OF DEFENDANT MERRILL LYNCH, PIERCE, FENNER &SMITH INC. FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT IS GRANTED. SIGNED BY HONORABLE THOMAS M. GOLDEN ON 11/20/09.11/23/09 ENTERED AND COPIES E–MAILED.(ky, ) (Entered: 11/23/2009) |
| 11/23/2009 | 14 | REPLY MEMORANDUM OF DEFENDANT MERRILL LYNCH, PIERCE, FENNER &SMITH, INC. IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6). (ky, ) (Entered: 11/23/2009) |
| 11/25/2009 | 15 | MOTION for Leave to File *a Sur Reply Memorandum In Opposition To Defendant Merrill Lynch, Pierce, Fenner &Smith Incorporateds Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6)* filed by LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A – Sur Reply Memorandum)(KENNERLY, MAXWELL) (Entered: 11/25/2009) |
| 12/04/2009 | 16 | ORDER THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT MERRILL, LYNCH, PIERCE, FENNER &SMITH INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(6) IS GRANTED. THE CLERK IS DIRECTED TO DOCKET THE PLAINTIFFS' SUR REPLY ATTACHED TO THE MOTION, ETC., AS HAVING BEEN FILED AS OF TODAY'S DATED. SIGNED BY HONORABLE THOMAS M. GOLDEN ON 12/3/09. 12/4/09 |

| | | |
|---|---|---|
| | | ENTERED AND COPIES E–MAILED.(ky, ) (Entered: 12/04/2009) |
| 12/04/2009 | 17 | PLAINTIFFS' SUR REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT MERRILL LYNCH INC.'S MOTION TO DISMISS THE COMPLAINT BY LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC. (ky, ) (Entered: 12/04/2009) |
| 12/24/2009 | 18 | NOTICE of Appearance by SCOTT N. PLETCHER on behalf of SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC with Certificate of Service(PLETCHER, SCOTT) (Entered: 12/24/2009) |
| 12/24/2009 | 19 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.(PLETCHER, SCOTT) (Entered: 12/24/2009) |
| 12/24/2009 | 20 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.(PLETCHER, SCOTT) (Entered: 12/24/2009) |
| 12/24/2009 | 21 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.(PLETCHER, SCOTT) (Entered: 12/24/2009) |
| 12/24/2009 | 22 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.(PLETCHER, SCOTT) (Entered: 12/24/2009) |
| 01/06/2010 | 23 | ANSWER to Complaint by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.(PLETCHER, SCOTT) (Entered: 01/06/2010) |
| 01/12/2010 | 24 | MOTION for Extension of Time to File Answer re 23 Answer to Complaint, 1 Complaint, filed by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.Certificate of Service.(PLETCHER, SCOTT) (Entered: 01/12/2010) |
| 01/14/2010 | 25 | AFFIDAVIT of Service by Chad Spotts, Process Server re: served Complaint and Summons upon Lawrence R. Bellmore, Jr. by Personal Service on January 5, 2010 (KENNERLY, MAXWELL) (Entered: 01/14/2010) |
| 01/18/2010 | 26 | MOTION for Extension of Time to File Response/Reply as to 8 Request for Default,, filed by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.Certificate of Service.(PLETCHER, SCOTT) (Entered: 01/18/2010) |
| 01/24/2010 | 27 | NOTICE of Appearance by SCOTT N. PLETCHER on behalf of LAWRENCE R. BELLMORE, JR with Certificate of Service(PLETCHER, SCOTT) (Entered: 01/24/2010) |
| 01/25/2010 | 28 | ANSWER to 1 Complaint,, CROSSCLAIM against MERRILL LYNCH, PIERCE, FENNER &SMITH, INC. by LAWRENCE R. BELLMORE, JR., Certificate of Service. (PLETCHER, SCOTT) Modified on 1/26/2010 (lisad, ). (Entered: 01/25/2010) |
| 01/26/2010 | 29 | MOTION to Strike 23 Answer to Complaint *or, in the Alternative*, MOTION to Dismiss *Defendants' Answer and Arbitration Demand* filed by LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC.Memorandum of Law and Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A – D)(KENNERLY, MAXWELL) (Entered: 01/26/2010) |

| | | |
|---|---|---|
| 01/26/2010 | 30 | RESPONSE in Opposition re 26 MOTION for Extension of Time to File Response/Reply as to 8 Request for Default,, *Pursuant to Rule 55(a) of Certain Defendants* filed by LINDA METCALF, MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A – D)(KENNERLY, MAXWELL) Modified on 1/27/2010 (lisad, ). (Entered: 01/26/2010) |
| 01/26/2010 | 31 | RESPONSE in Opposition re 24 MOTION for Extension of Time to File Answer re 23 Answer to Complaint, 1 Complaint, *Pursuant to Rule 6(b)* filed by MICHELLE HARTLEY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, INC., DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A – D)(KENNERLY, MAXWELL) Modified on 1/27/2010 (lisad, ). (Entered: 01/26/2010) |
| 02/09/2010 | 32 | MOTION for Summary Judgment filed by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC.Certificate of Service.(PLETCHER, SCOTT) (Entered: 02/09/2010) |
| 02/09/2010 | 33 | Memorandum in Support re 32 MOTION for Summary Judgment *to Compel Arbitration* filed by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC, Certificate of Service. (PLETCHER, SCOTT) Modified on 2/12/2010 (ac, ). (Entered: 02/09/2010) |
| 02/09/2010 | 34 | RESPONSE in Opposition re 29 MOTION to Strike 23 Answer to Complaint *or, in the Alternative* MOTION to Strike 23 Answer to Complaint *or, in the Alternative* MOTION to Dismiss *Defendants' Answer and Arbitration Demand* filed by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC, Certificate of Service. (Attachments: # 1 Affidavit Michael Jacobs Declaration in Support of Opposition to Plaintiff's Motion to Strike)(PLETCHER, SCOTT) Modified on 2/12/2010 (ac, ). (Entered: 02/09/2010) |
| 02/10/2010 | 35 | Declaration re 32 MOTION for Summary Judgment *to Compel Arbitration* by SOLAR WIND PRODUCTIONS, LLC, MICHAEL JACOBS, RUBY HANDLER–JACOBS, RIO GRANDE STUDIOS, LLC, Certificate of Service. (Attachments: # 1 Affidavit Declaration of Michael Jacobs in Support of Defendant's Motion for Summary Judgment to Compel Arbitration)(PLETCHER, SCOTT) Modified on 2/12/2010 (ac, ). (Entered: 02/10/2010) |
| 02/23/2010 | 36 | MOTION to Compel *Arbitration and to Stay the Proceeding* filed by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC..Proposed Order, Exhibits, Memorandum, Certificate of Service. (Attachments: # 1 Exhibit 1, Part A, # 2 Exhibit 1, Part B, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Text of Proposed Order, # 6 Memorandum in Support of Motion, # 7 Certificate of Service)(MANDIA, WILLIAM) (Entered: 02/23/2010) |
| 02/26/2010 | 37 | AMENDED DOCUMENT by RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC. Amendment to 33 Memorandum, 32 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1–b, # 2 Exhibit 1–c, # 3 Exhibit 1–d, # 4 Exhibit 1–e, # 5 Exhibit 1–f, # 6 Exhibit 1–g, # 7 Exhibit 1–h)(PLETCHER, SCOTT) (Entered: 02/26/2010) |
| 03/02/2010 | 38 | STIPULATION AND ORDER THAT DEFENDANT MERRILL LYNCH SHALL HAVE AN EXTENSION UNTIL 2/23/10 TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO BELLMORE'S CROSSCLAIM AGAINST MERRILL LYNCH. SIGNED BY HONORABLE THOMAS M. GOLDEN ON 3/1/10. 3/2/10 ENTERED AND COPIES E–MAILED.(ky, ) (Entered: 03/02/2010) |
| 03/02/2010 | 39 | RESPONSE in Opposition re 32 MOTION for Summary Judgment filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE |

| | | |
|---|---|---|
| | | HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (Attachments: # 1 Text of Proposed Order)(KENNERLY, MAXWELL) (Entered: 03/02/2010) |
| 03/02/2010 | 40 | Memorandum in Opposition re 32 MOTION for Summary Judgment filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (Attachments: # 1 Exhibit 1 with Exhibits 1–a through 1–j, # 2 Exhibit 2 through 5)(KENNERLY, MAXWELL) (Entered: 03/02/2010) |
| 03/09/2010 | 41 | RESPONSE in Opposition re 36 MOTION to Compel *Arbitration and to Stay the Proceeding* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC., Certificate of Service. (Attachments: # 1 Text of Proposed Order)(KENNERLY, MAXWELL) Modified on 3/10/2010 (nd, ). (Entered: 03/09/2010) |
| 03/09/2010 | 42 | Memorandum in Opposition re 36 MOTION to Compel *Arbitration and to Stay the Proceeding* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC., Certificate of Service. (KENNERLY, MAXWELL) Modified on 3/10/2010 (nd, ). (Entered: 03/09/2010) |
| 03/15/2010 | 43 | MOTION to Stay *Proceedings Including Discovery, Pending Ruling on Motion for Summary Judgment to Compel Arbitration* filed by RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC.Certificate of Service.(PLETCHER, SCOTT) (Entered: 03/15/2010) |
| 03/16/2010 | 44 | Memorandum in Support re 43 MOTION to Stay *Proceedings Including Discovery, Pending Ruling on Motion for Summary Judgment to Compel Arbitration* filed by RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC. (PLETCHER, SCOTT) (Entered: 03/16/2010) |
| 03/29/2010 | 45 | MOTION to Compel *Discovery Responses From Defendant Merrill Lynch* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC..Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A and B)(KENNERLY, MAXWELL) (Entered: 03/29/2010) |
| 03/29/2010 | 46 | RESPONSE in Opposition re 43 MOTION to Stay *Proceedings Including Discovery, Pending Ruling on Motion for Summary Judgment to Compel Arbitration* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(KENNERLY, MAXWELL) (Entered: 03/29/2010) |
| 03/29/2010 | 47 | Memorandum in Opposition re 43 MOTION to Stay *Proceedings Including Discovery, Pending Ruling on Motion for Summary Judgment to Compel Arbitration* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (KENNERLY, MAXWELL) (Entered: 03/29/2010) |
| 04/12/2010 | 48 | Praecipe to Withdraw Plaintiffs' Motion to Compel Discovery From Defendant Merrill Lynch by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (KENNERLY, MAXWELL) (Entered: 04/12/2010) |
| 04/12/2010 | 49 | Letter Request RE: Discovery *Telephone Conference* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC..Letter Requesting Telephone |

| | | |
|---|---|---|
| | | Conference. (Attachments: # 1 Exhibit Discovery Sent and Objections Received)(KENNERLY, MAXWELL) Modified on 4/13/2010 (nd, ). (Entered: 04/12/2010) |
| 04/21/2010 | 50 | NOTICE of TELEPHONE CONFERENCE: TELEPHONE CONFERENCE SET FOR 4/26/2010 AT 02:00 PM BEFORE HONORABLE THOMAS M. GOLDEN. COURT DIRECTS PLAINTIFFS' COUNSEL TO INITIATE THE CALL TO ALL PARTIES AND TO CHAMBERS (610–320–5097).(mls, ) (Entered: 04/21/2010) |
| 04/21/2010 | 51 | REPLY to Response to Motion re 32 MOTION for Summary Judgment, 43 MOTION to Stay *Proceedings Including Discovery, Pending Ruling on Motion for Summary Judgment to Compel Arbitration* filed by RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC. (PLETCHER, SCOTT) (Entered: 04/21/2010) |
| 04/28/2010 | 52 | Minute Entry for proceedings held before THE HONORABLE THOMAS M. GOLDEN re: A Status Conference was held on 4/26/10 and was not placed on the record. (ky, ) (Entered: 04/28/2010) |
| 05/02/2010 | 53 | Report Of *Deposited Funds* by LAWRENCE R. BELLMORE, JR, RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC. (PLETCHER, SCOTT) (Entered: 05/02/2010) |
| 05/13/2010 | 54 | Declaration *in Support of Venue* by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (Attachments: # 1 Exhibit A through F)(KENNERLY, MAXWELL) (Entered: 05/13/2010) |
| 05/24/2010 | 55 | Declaration *opposing venue* by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC.. (MANDIA, WILLIAM) (Entered: 05/24/2010) |
| 05/24/2010 | 56 | Declaration *of proper venue* by LAWRENCE R. BELLMORE, JR, RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC. (PLETCHER, SCOTT) (Entered: 05/24/2010) |
| 05/28/2010 | 57 | Declaration *Attaching Phone Records of Plaintiffs in Support of Venue* by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (Attachments: # 1 Exhibit A)(KENNERLY, MAXWELL) (Entered: 05/28/2010) |
| 06/17/2010 | 58 | Declaration *(Supplemental)* by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC.. (MANDIA, WILLIAM) (Entered: 06/17/2010) |
| 07/07/2010 | 59 | MOTION for Leave to File *Amended Complaint* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC..Brief, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(KENNERLY, MAXWELL) (Entered: 07/07/2010) |
| 07/26/2010 | 60 | RESPONSE in Opposition re 59 MOTION for Leave to File *Amended Complaint , Memorandum of Law, and Certificate of Service* filed by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC.. (MANDIA, WILLIAM) (Entered: 07/26/2010) |
| 08/02/2010 | 61 | MOTION for Leave to File *Reply in Support of Plaintiffs Motion for Leave to File Amended Complaint* filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC..Certificate of Service. (Attachments: # 1 Exhibit A)(KENNERLY, MAXWELL) (Entered: 08/02/2010) |

| | | |
|---|---|---|
| 08/30/2010 | 62 | ORDER THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF THE LATE HONORABLE THOMAS M. GOLDEN TO THE CALENDAR OF THE HONORABLE C. DARNELL JONES, II. ( SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 8/30/10. ) 8/31/10 ENTERED AND COPIES E–MAILED.(gn, ) (Entered: 08/31/2010) |
| 09/28/2010 | 63 | ORDER THAT THE CLERK OF COURT SHALL PLACE THIS MATTER IN CIVIL SUSPENSE PENDING THE PARTIES' TELEPHONIC STATUS CONFERENCE CURRENTLY SCHEDULED FOR 10/4/10. ( SIGNED BY HONORABLE C. DARNELL JONES, II ON 9/28/10. ) 9/28/10 ENTERED AND COPIES E–MAILED.(gn, ) (Entered: 09/28/2010) |
| 09/28/2010 | 64 | Report Of *All Parties Re Case Status* by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (KENNERLY, MAXWELL) (Entered: 09/28/2010) |
| 10/04/2010 | 65 | ORDER THAT THE ABOVE–CAPTIONED MATTER IS REFERRED TO MAGISTRATE JUDGE LYNNE A. SITARSKI FOR PURPOSES OF A SETTLEMENT CONFERENCE ONLY, TO BE HELD ON A DATE SUBSEQUENT TO 10/25/10, ETC. ( SIGNED BY HONORABLE C. DARNELL JONES, II ON 10/4/10. ) 10/5/10 ENTERED AND COPIES E–MAILED.(gn, ) (Entered: 10/05/2010) |
| 10/22/2010 | 66 | ORDER THAT A SETTLEMENT CONFERENCE IS SET FOR 12/17/2010 AT 09:30 AM IN COURTROOM 3–E BEFORE MAGISTRATE JUDGE LYNNE A. SITARSKI. ( SIGNED BY MAGISTRATE JUDGE LYNNE A. SITARSKI ON 10/20/10. ) 10/22/10 ENTERED AND COPIES E–MAILED.(gn, ) (Entered: 10/22/2010) |
| 11/22/2010 | 67 | MOTION for Discovery filed by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC..Brief, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Exhibit B, # 4 Certificate of Service)(KENNERLY, MAXWELL) (Entered: 11/22/2010) |
| 12/03/2010 | 68 | ORDER THAT THE CLERK OF COURT IS HEREBY DIRECTED TO FILE THE ATTACHED DOCUMENT UNDER SEAL AS "EXHIBIT A" TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY. SIGNED BY HONORABLE C. DARNELL JONES, II ON 12/3/10. 12/6/10 ENTERED AND COPIES MAILED, E–MAILED.(fdc) (Entered: 12/06/2010) |
| 12/03/2010 | 69 | EXHIBIT A TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY (FILED UNDER SEAL).(fdc) (Entered: 12/06/2010) |
| 12/08/2010 | 70 | RESPONSE in Opposition re 67 MOTION for Discovery filed by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC., Memorandum, Certificate of Service. (MANDIA, WILLIAM) Modified on 12/10/2010 (nd, ). (Entered: 12/08/2010) |
| 12/15/2010 | 71 | ORDER THAT PLFFS' MOTION FOR EXPEDITED DISCOVERY IS DENIED AS PREMATURE. PLFFS ARE GRANTED LEAVE TO REFILE THE MOTION AT SUCH TIME AS THE ISSUE IS RIPE FOR DISPOSITION. SIGNED BY HONORABLE C. DARNELL JONES, II ON 12/15/10.12/15/10 ENTERED AND COPIES E–MAILED.(kw, ) (Entered: 12/15/2010) |
| 12/16/2010 | 72 | Minute Entry for proceedings held before MAGISTRATE JUDGE LYNNE A. SITARSKI: Settlement Conference held on 12/16/2010. (stwe, ) (Entered: 12/17/2010) |
| 12/17/2010 | 73 | Minute Entry for proceedings held before MAGISTRATE JUDGE LYNNE A. SITARSKI: Settlement Conference held on 12/17/2010. (stwe, ) (Entered: 12/20/2010) |

| | | |
|---|---|---|
| 12/21/2010 | 74 | Letter Request to Transfer Venue by DO YOU KNOW WHERE YOUR PARENTS ARE, LLC, FILMWEST PRODUCTIONS, LLC, MICHELLE HARTLEY, LINDA METCALF, SUNWEST CAPITAL MANAGEMENT, INC.. (KENNERLY, MAXWELL) (Entered: 12/21/2010) |
| 12/29/2010 | 75 | NOTICE by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC. re 74 Praecipe/Request *Response to Plaintiffs' Request to Transfer Venue* (MANDIA, WILLIAM) (Entered: 12/29/2010) |
| 12/30/2010 | 76 | NOTICE by RUBY HANDLER–JACOBS, MICHAEL JACOBS, RIO GRANDE STUDIOS, LLC, SOLAR WIND PRODUCTIONS, LLC *Letter to Hon. C. Darnell Jones, II* (PLETCHER, SCOTT) (Entered: 12/30/2010) |
| 01/11/2011 | 77 | Joint MOTION to Transfer *venue* filed by MERRILL LYNCH, PIERCE, FENNER &SMITH, INC...(MANDIA, WILLIAM) (Entered: 01/11/2011) |
| 01/13/2011 | 78 | ORDER THAT THE JOINT MOTION TO TRANSFER VENUE FILED BY ALL PLAINTIFFS AND BY DEFENDANT MERRILL LYNCH 77 IS GRANTED. IT IS FURTHER ORDERED THAT THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA SIGNED BY HONORABLE C. DARNELL JONES, II ON 1/13/2011. 1/14/2011 ENTERED AND COPIES E–MAILED.(jcab) (Entered: 01/14/2011) |