# THE BEASLEY FIRM, LLC
### ATTORNEYS AT LAW

MAXWELL S. KENNERLY, ESQ.
MAX.KENNERLY@BEASLEYFIRM.COM
215.931.2634



THE BEASLEY BUILDING
1125 WALNUT STREET
PHILADELPHIA, PA 19107.4997
WWW.BEASLEYFIRM.COM

Firm: 215.592.1000
Toll-Free: 888.823.5291
Facsimile: 215.592.8360

May 19, 2011

**VIA ECF**
The Honorable John E. Jones, III
Federal Building & U.S. Courthouse
228 Walnut Street. P.O. Box 983
Harrisburg, PA 17108

      Re:    **Linda Metcalf *et al.* v. Merrill Lynch *et al.*,
                  Middle District of Pennsylvania, 11-CV-127**

Dear Judge Jones:

    I represent the Plaintiffs in the above-captioned action. The Plaintiffs have resolved their claims against the Solar Wind Defendants and thus have also resolved Your Honor's March 9, 2011 Order compelling arbitration of those claims. I reached out to counsel for the remaining parties and requested their input on a proposed discovery timeline. Counsel for Mr. Bellmore has not responded. Counsel for Merrill Lynch requested a conference with the Court instead.

    I am thus respectfully requesting Your Honor schedule a phone conference so that the remaining parties can discuss moving forward with discovery. For scheduling purposes, please note that I will be on trial the week beginning June 6.

                                Respectfully,
                                **THE BEASLEY FIRM, LLC**

                                __/s/__
                              **MAXWELL S. KENNERLY**

MSK:cak
cc:    All Counsel (Via ECF and Email)