# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| METCALF *ET AL.*,<br>v.<br>MERRILL LYNCH, *ET AL.* | No. 4:11-cv-127<br>Honorable Matthew W. Brann<br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Third Circuit from the Orders of October 5, 2012 and July 1, 2013 granting summary judgment in favor of Defendants Merrill Lynch, Robin Brubacher, and Lawrence Bellmore, Jr.

Respectfully submitted,

By: */s/Maxwell S. Kennerly*
The Beasley Firm
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000 / 215.592.8360 (facsimile)
Attorney for all Plaintiffs

Dated:   July 1, 2013