IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LINDA METCALF,     :
MICHELLE HARTLY,    :
FILMWEST PRODUCTIONS, LLC, :
SUNWEST CAPITAL    :
MANAGEMENT,     :
INC., and       :
DO YOU KNOW WHERE   :
YOUR PARENTS ARE, LLC,   :  Case No. 4:11-CV-0127
           :
           :
    Plaintiffs     :
           :
  v.        :  (Judge Brann)
           :
MERRILL LYNCH PIERCE,   :
FENNER & SMITH, INC.,    :
LAWRENCE R. BELLMORE, JR.,  :
ROBIN BRUBACHER,    :
SOLAR WIND PRODUCTIONS,  :
LLC,        :
MICHAEL JACOBS,     :
RUBY HANDLER-JACOBS, and  :
RIO GRANDE STUDIOS, LLC,   :
           :
    Defendants.    :

**ORDER**

**AND NOW,** this 1ˢᵗ day of July, 2013, **IT IS ORDERED THAT:**

1.  The Court's Order (ECF No. 166) is VACATED.

2.  Plaintiffs' Motion for Summary Judgment (ECF No. 162) is hereby

**GRANTED.**

3.      Defendant Bellmore is dismissed with prejudice from this action.




BY THE COURT:


s/Matthew W. Brann
Matthew W. Brann
United States District Judge