UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3118
_____

LINDA METCALF; MICHELLE HARTLEY;
FILMWEST PRODUCTIONS, LLC;
SUNSET CAPITAL MANAGEMENT, INC,
d/b/a Spirit Halloween; DO YOU KNOW[1] WHERE YOUR PARENTS ARE, LLC,
                                                  Appellants

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC;
LAWRENCE R. BELLMORE, JR.; SOLAR WIND PRODUCTIONS, LLC;
MICHAEL JACOBS; RUBY HANDLER-JACOBS; RIO GRANDE STUDIOS, LLC;
ROBIN BRUBACHER
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. Civ. No. 4-11-cv-00127)
District Judge:  Matthew W. Brann
_____

Argued:  September 9, 2014
_____

Before: RENDELL, GREENAWAY, JR. and BARRY, <u>Circuit Judges</u>

(Filed: October 9, 2014 )
_____

JUDGMENT
_____

      This cause came to be heard on appeal from the United States District Court for the Middle District of Pennsylvania and was argued on September 9, 2014.

---
[1]

After consideration of all the contentions raised, it is ADJUDGED and ORDERED that the order of October 5, 2012 be and hereby is vacated and the matter remanded for further proceedings.  Costs taxed against appellees Merrill Lynch and Robin Brubacher.  All in accordance with the Opinion of the Court.

ATTEST:

s/Marcia M. Waldron
Dated: October 9, 2014            Clerk