IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA METCALF, et al., | : | Case No. 4:11-cv-00127 |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., et al. | : | |
| Defendants. | : | |

**ORDER**
December 30, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT the Stipulation of Confidentiality[1] entered into by the parties on March 15, 2012 is modified to include the following provisions:

1. Section 6(c): "the individual Parties, the deposition designees for the entity Parties, the counsel of record to the parties to this action and members and employees of the law firm of such counsel of record."

2. Section 6(e): "all witnesses called to testify at trial or at a deposition."

3. In all other respects the Confidentiality Stipulation and Protective Order of December 21, 2011 shall remain unaltered.

---

[1] ECF No. 119.

1

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge