# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA METCALF, MICHELLE HARTLY, FILMWEST PRODUCTIONS, LLC, SUNWEST CAPITAL MANAGEMENT, Inc. d/b/a SPIRIT HALLOWEEN, DO YOU KNOW WHERE YOUR PARENTS ARE, LLC | : : : : : : : : | No. 4:11-CV-00127 (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc. and ROBIN BRUBACHER, | : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of October 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 213, is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The motion is **GRANTED** as to Plaintiffs' RICO claim (Count I).

    b. The motion is **GRANTED** as to Plaintiffs' demand for damages in the form of lost profits.

    c. The motion is **DENIED** as to Plaintiffs' demand for damages in the form of lost pre-production expenses.

d. The motion is **DENIED** as to Plaintiffs' Breach of Fiduciary Duty claim (Count V).

2. Upon the resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in favor of Defendants on Count I of Plaintiffs' Second Amended Complaint, ECF No. 122.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge