# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA METCALF, et al., | No. 4:11-CV-00127 |
| Plaintiffs, | (Judge Brann) |
| v. | (Chief Magistrate Judge Schwab) |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., et al., | |
| Defendants. | |

**ORDER**

**NOVEMBER 15, 2018**

On October 31, 2018, Chief Magistrate Judge Susan E. Schwab issued a Report and Recommendation, ECF No. 254, recommending that this Court sanction Plaintiffs' counsel Maxwell S. Kennerly in the amount of $22,510.50. Mr. Kennerly did not object to that recommendation.

This Court has reviewed the Report and Recommendation and finds that "there is no clear error on the face of the record"[1] and that the sanctions are justified for the reasons stated by Chief Magistrate Judge Schwab. Therefore, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Schwab's Report and Recommendation, ECF No. 254, is **ADOPTED IN ITS ENTIRETY**.

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).

2. Mr. Kennerly **SHALL PAY** Defendants' counsel fees in the amount of $22,510.50.

3. The Motion to Withdraw as Counsel filed by Kimberly Spangler-Loutey, ECF No. 255, is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge