# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA METCALF, et al., | No. 4:11-CV-00127 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc., et al., | |
| Defendants. | |

## ORDER

**AUGUST 1, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Preclude Punitive Damages, ECF No. 272, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge