IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA METCALF, *et al.*, | No. 4:11-CV-00127 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 14, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to exclude the expert opinion of Peter Leibundgut (Doc. 306) is **GRANTED** in part and **DENIED** in part;

2. The motion is granted inasmuch as Leibundgut may not offer any legal or credibility conclusions, or any opinion regarding the state of mind of any individuals or entities, but is denied in all other respects; and

3. The Court will schedule a telephonic conference call by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge