# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA METCALF, *et al.*, | No. 4:11-CV-00127 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., *et al.*, | |
| Defendants. | |

## ORDER

**APRIL 21, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion *in limine* to preclude evidence of advice of counsel (Doc. 333) is **GRANTED** in part and **DENIED** in part. Defendants may produce such evidence to defend against punitive damages, but are prohibited from introducing such evidence to defend against liability in this matter; and

2. Defendants' motion *in limine* to preclude evidence of preproduction expenses (Doc. 334) is conditionally **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge